```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| ZEDONG DONG, | CIVIL ACTION NO. 06-1600 (MLC) |
| Plaintiff, | **MEMORANDUM OPINION** |
| v. |  |
| MICHAEL CHERTOFF, et al., |  |
| Defendants. |  |

**THE DEFENDANTS** (1) advising the Court that the parties have "stipulat[ed] to dismissal without prejudice of this case," and (2) seeking to withdraw their pending cross motion to dismiss the complaint (6-13-06 Ltr.); and thus the Court intending to (1) deny the plaintiff's pending motion to seal (dkt. entry no. 3) without prejudice, (2) deny the defendants' pending cross motion to dismiss (dkt. entry no. 5) without prejudice, and (3) dismiss the complaint without prejudice; and for good cause appearing, the Court will issue an appropriate order and judgment.

s/ Mary L. Cooper
**MARY L. COOPER**
United States District Judge